CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

AUG 28 2026

LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF VIRGINIA**

fingers crossed, hope you'll understand.

**ROANOKE DIVISION**

(emphasis on respect due)

**GRAYSON COTES,** )

)

*Plaintiff,* )

)

v. ) Civil Action No. 7:26-cv-00651

)

**UNITED STATES OF AMERICA** )

)

**SERVE**: ACTING US AG Todd Blanche )

U.S. Department of Justice

950 Pennsylvania Avenue, NW )

Washington, DC, 20530-0001

**SERVE**: WESTERN VA US AG ROBERT N. TRACCI )

United States Attorney's Office

310 1st Street, S.W., Room 906 )

Roanoke, VA, 24011 )

)

*Defendant.* )

**Writ of *Coram Nobis***

I, Grayson Cotes ("Mr. Cotes" and/or "Plaintiff"), through *pro se* representation, bring this Writ of *Coram Nobis* against the United States of America, under the United States Constitution's First Amendment's Establishment Clause; however, the Court—Robert S. Ballou—has broken his oath to the U.S. Constitution, and too, has committed a great dishonor on the very jurisprudence he supposedly represents; I ask for his reconsideration, as he is no more and no less than tweaking by calling my Complaint "frivolous." Mr. Ballou makes roughly $250,000 annually, from our tax dollars, but does things like this—violate his duty; Either his reconsideration and adherence to the Constitution is demanded, or his recusal; My claims are valid, ethical, constitutional, and just; I wish nothing upon Mr. Ballou but the best; however, I have a duty—as an American citizen, a fellow countryman—to bring action against injustice within our Government; We all do; Mr. Ballou, though, does not have any right to trample upon mine, and it is not just mine you have trampled upon, but any inhabitant of America who opposes a "god." Truly, in good faith, I did not ask for financial relief, but now, I am interested in amending such. I ask for a Judge or Jury that is competent, honorable, and adherent to the U.S. Constitution. Your dismissal is not appreciated, nor is it Constitutional. The Complaint resides as follows:

## I. INTRO

1. This case is simple: Mr. Cotes alleges that the reference to "God" in our nation's Pledge of Allegiance, as well as the lettering "IN GOD WE TRUST" that the U.S. Treasury prints on U.S. currency, violates the First Amendment's Establishment Clause;

## II. PROPER COURT

2. Plaintiff is a Virginia resident within Roanoke City; This Court is as proper to accept this complaint as is any other federal district court;

## III. PLAINTIFF AND DEFENDANT

6. Plaintiff, Grayson Cotes, is a U.S. citizen, a Satanist associated with The Satanic Temple, and resident of the Commonwealth of Virginia.

7. Defendant is the United States of America.

## IV. LAW & HISTORY

### A. First Constitutional Amendment

18. The First Amendment reads, "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."

19. "...The *Sum of all* we drive at is, That every Man may enjoy the same Rights that are granted to others....Whatsoever things are left free by Law in the common occasions of Life, let them remain free...Let no Mans Life, or Body, or House, or Estate, suffer any manner of Prejudice upon these Accounts...." — ***A Letter Concerning Toleration by John Locke (1689)***

20. "3. Because it is proper to take alarm at the first experiment on our liberties. We hold this prudent jealousy to be the first duty of Citizens, and one of the noblest characteristics of the late Revolution. The free men of America did not wait till

usurped power had strengthened itself by exercise, and entangled the question in precedents. They saw all the consequences in the principle, and they avoided the consequences by denying the principle. We revere this lesson too much soon to forget it. Who does not see that the same authority which can establish Christianity, in exclusion of all other Religions, may establish with the same ease any particular sect of Christians, in exclusion of all other Sects? that the same authority which can force a citizen to contribute three pence only of his property for the support of any one establishment, may force him to conform to any other establishment in all cases whatsoever?" — ***Memorial and Remonstrance against Religious Assessments by James Madison (1785)***

21. "8. Because the establishment in question is not necessary for the support of Civil Government. If it be urged as necessary for the support of Civil Government only as it is a means of supporting Religion, and it be not necessary for the latter purpose, it cannot be necessary for the former. If Religion be not within the cognizance of Civil Government how can its legal establishment be necessary to Civil Government? What influence in fact have ecclesiastical establishments had on Civil Society? In some instances they have been seen to erect a spiritual tyranny on the ruins of the Civil authority; in many instances they have been seen upholding the thrones of political tyranny: in no instance have they been seen the guardians of the liberties of the people. Rulers who wished to subvert the public liberty, may have found an established Clergy convenient auxiliaries. A just Government instituted to secure & perpetuate it needs them not. Such a Government will be best supported by protecting every Citizen in the enjoyment of his Religion with the same equal hand

which protects his person and property; by neither invading the equal rights of any Sect, nor suffering any Sect to invade those of another." — ***Memorial and Remonstrance against Religious Assessments by James Madison (1785)***

22. "9. Because the proposed establishment is a departure from that generous policy, which, offering an Asylum to the persecuted and oppressed of every Nation and Religion, promised a lustre to our country, and an accession to the number of its citizens. What a melancholy mark is the Bill of sudden degeneracy? Instead of holding forth an Asylum to the persecuted, it is itself a signal of persecution. It degrades from the equal rank of Citizens all those whose opinions in Religion do not bend to those in Legislative authority..." — ***Memorial and Remonstrance against Religious Assessments by James Madison (1785)***

23. "...Be it enacted by General Assembly that no man shall be compelled to frequent or support any religious worship, place, or ministry whatsoever, nor shall be enforced, restrained, molested, or burthened in his body or goods, nor shall otherwise suffer on account of his religious opinions or belief, but that all me shall be free to profess , and by argument to maintain, their opinions in matters of Religion, and that the same shall in no wise diminish, enlarge or affect their civil capacities..." — ***The Virginia Statute for Religious Freedom by Thomas Jefferson (1786)***

24. "Because the bill...comprises a principle and precedent for the appropriation of funds of the United States for the use and support of religious societies, contrary to the article of the Constitution which declares that 'Congress shall make no law

respecting a religious establishment.'" — ***Veto Message on Act of Relief for the Baptist Church by James Madison (1811)***

25. In reference to *Lemon v. Kurtzman (1971)*: "...The law's purpose must be secular, the law can neither advance nor harm religion as its primary effect, and the law cannot create an excessive entanglement between religion and government..." — ***Corey Brettschneider in Religious Freedom***

26. "This Nation is heir to a history and tradition of religious diversity that dates from the settlement of the North American Continent. Sectarian differences among various Christian denominations were central to the origins of our Republic. Since then, adherents of religion too numerous to name have made the United States their home, as have those whose beliefs expressly exclude religion.Precisely because of the religious diversity that is our national heritage, the Founders added to the Constitution a Bill of Rights, the very first words of which declare: 'Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof...' Perhaps in the early days of the Republic these words were understood to protect only the diversity within Christianity, but today they are recognized as guaranteeing religious liberty and equality to 'the infidel, the atheist, or the adherent of a non-Christian faith such as Islam or Judaism.' It is settled law that no government official in the Nation may violate these fundamental constitutional rights regarding matters of conscience...Furthermore, the creche sits on the Grand Staircase, the 'main' and 'most beautiful part' of the building that is the seat of county government. No viewer could reasonably think that it occupies this location without the support and approval of the government. Thus, by permitting the

'display of the creche in this particular physical setting ,' the county sends an unmistakeable message that it supports and promotes the Christian praise to God that is the creche's religious message." — ***County of Allegheny v. ACLU, Greater Pittsburgh Chapter (1989)***

27. One of the most famous lines of our national anthem is, "One nation under God." In theory, it is somewhat distasteful to have a line in the national anthem that shows favor to one, or any "God," for a country that claims religious freedom. It is ironic, truly, to have "In God We Trust" printed on the currency that flows through a nation who supposedly welcomes all beliefs. For me, it has surpassed irony. As a Satanist, this is personal—an attack on who I am.

**VI. FACTS**

39. "On June 14, 1954, President Dwight Eisenhower signed a bill to insert the phrase 'under God' into the Pledge of Allegiance that children recited every morning in school. Previously, the pledge—originally written in 1892—had contained no reference to religion." — ***Little, Becky. "Why Eisenhower Added 'Under God' to the Pledge of Allegiance During the Cold War." History, 3 Jan. 2025, https://www.history.com/articles/pledge-allegiance-under-god-schools.***

40. "...President Dwight D. Eisenhower signed into law H.R. 619, a bill that required that the inscription 'In God We Trust' appear on all paper and coin currency." — ***History, Art & Archives, U.S. House of Representatives, "The Legislation Placing "In God We Trust" on National Currency," https://history.house.gov/Historical-Highlights/***

*1951-2000/The-legislation-placing-In-God-We-Trust-on-national-currency/ (August 08, 2026)*

41. Mr. Cotes is a Satanist and both references to a "God" that is not his (in the nation's Pledge and on U.S. currency) is directly disrespectful to his religious beliefs; Not only that, but it is essentially defamation—painting a false image that all Americans follow some "God."

## VII. COUNTS

### COUNT I

**Defendant Violated the First Amendment's Establishment Clause By Implementing And Neglecting To Change The Line "...under God..." In The Nation's Pledge Of Allegiance**

### COUNT II

**Defendant Violated the First Amendment's Establishment Clause By Printing "IN GOD WE TRUST" On US Currency**

## VIII. URGE FOR RULING

Plaintiff Grayson Cotes urges this Court to rule:

a. That the text "IN GOD WE TRUST," on U.S. currency violates the First Amendment's Establishment Clause and is therefore unconstitutional; and,

b. That the line, "…under God…" in the nation's Pledge of Allegiance violates the First Amendment's Establishment Clause and is therefore unconstitutional; and,

c. That Mr. Cotes be waived of any Court costs, fees, etc., as this Complaint is in lieu of my First Amendment's right to petition the government for a redress of grievances;

**TO BE CLEAR, I AM NOT ASKING FOR ANY RELIEF OTHER THAN A RULING FROM THE COURT.**

August 8, 2026

GRAYSON COTES

By: /s/ Grayson Cotes
Grayson Cotes
*Plaintiff*

I have been Suspended, for my religious beliefs, at work, by Carilion, today. All i have are my morals.

Grayson Cotes
2351 Berkley Ave
Roanoke, Virginia 24015
graysoncotes@gmail.com

With due respect,

— [illegible]

08/28/2026

I am not Korematsu— I will not wait decades for my liberties. I am much morE like Hamilton or the great Patrick Henry (I want my liberties now, and like our soldiers at war, I would die for my liberties)

Not any threat, → merely the truth.

I am doing the conducive thing by bringing these claims in a court.