United States District Court for the Western

District of Virginia (Roanoke Division)

Docket Number 7:26-cv-00651

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
09/21/2026
LAURA A. AUSTIN, CLERK
BY: /s/ Hannah Warren
DEPUTY CLERK

Grayson Cotes Plaintiff )
v. ) Notice of Appeal
)
United States of America )
Defendant

Plaintiff (Grayson Cotes) (name all parties taking the appeal)* appeal to the United States Court of Appeals for the 4th Circuit from the final judgment entered on 08/27/2026 (state the date the judgment was entered).

My Complaint was dismissed and called "frivilous", but this is my real life. My beliefs are not frivilous. I don't want monetary relief, just the refrences to "god" taken off US currency and out of Pledge of Allegiance.

(s) [signature]

~~Attorney for~~ Pro se litigant

Address: 2351 Berkley Ave SW
Roanoke, VA 24015

[*Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal*]

---

* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2021 SCC

Print Reset Form